Mahir T. Sherif (SB# 135021)
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Luis Sandoval-Valencia

FILED

07 AUG 31 AM 9:22

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CAL...

BY: _____ pov _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS SANDOVAL-VALENCIA<br><br>Defendant. | Case No.: 07CR1408-DMS WQH<br><br>**ORDER GRANTING REIMBURSEMENT FOR DISCOVERY COSTS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant LUIS SANDOVAL-VALENCIA is granted $160.85 as reimbursement for payment to Copy Connection for copies of government discovery.

Dated: 8/30/07

By: _____
William Q. Hayes
UNITED STATES DISTRICT COURT JUDGE